**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

In re:
SKY MEDIA PAY, INC

Case No. 21-20444 LMI

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response **WITHIN 30 DAYS** from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney **OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION**.

If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor objects to the following claim filed in this case:

***CLAIM NUMBER 2: WELLS FARGO:    AMOUNT $515,082.82***
The claim is filed as a secured claim, however the specific collateral has long been disposed, this is an unsecured debt.

***CLAIM NUMBER 4: SWIFT FINANCIAL LLC AS SERVICING AGENT FOR WEBBANK: AMOUNT $89,251.04***

The claim is filed as a secured debt, however, this is an unsecured loan.

The All Law Center, P.A.
__/s/_Roshawn Banks__
Roshawn Banks
RBanks@TheAllLawCenter.com
FBN: 156965
PO Box 25978
Fort Lauderdale, FL 33320
(954) 747-1843