

ORDERED in the Southern District of Florida on March 16, 2022.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

|  | Case No. 21-20444 LMI |
|---|---|
| IN RE: | Chapter 11, Subchapter V |
| SKY MEDIA PAY, INC. | |
| _____Debtor_____/ | |

### ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO LEASE PROPERTY OF THE ESTATE (ECF NO.94)

THIS CAUSE came before the Court, without hearing, upon the Debtor's Emergency Motion to Lease Property of the Estate (ECF 94) and the Court having reviewed the Motion, including its assertion of there being no objection to the Motion being granted, but no agreement, by the secured Creditor International Finance Bank. Neither the secured creditor Epic West Condominium Association nor the Subchapter V

Trustee object to the Motion being granted, it is therefore,

**ORDERED** that the Debtor's Motion is GRANTED as follows:

1. Debtor may sign the lease agreement attached to the Motion to Lease Property of the Estate (ECF 94), specifically, the units at 200 Biscayne Blvd. Way, Units 4801and 4811, Miami, FL 33130 (the "Units").

2. Lease funds must be deposited into Debtor's Debtor in Possession account. Funds may be used for post-petition monthly maintenance assessment payments due Epic West Condominium Association, Inc. ("Association") with respect to the Units and to International Finance Bank for post-petition mortgage payments due on the Units or otherwise disbursed only upon confirmation of a Chapter 11 plan or by order of the court.

3. Upon signing the lease, Debtor must pay to secured creditor Epic West Condominium Association a refundable deposit of $20,000 for the association maintenance of units 4811 and 4801.

4. The Debtor shall pay and maintain current all post-petition maintenance assessments due the Association (the "Assessments") and the mortgage payments to International Finance Bank on a monthly basis (the "Note Payments") with respect to the Units.  Should the Debtor default in payment of the Assessments or Note Payments then, upon fourteen (14) days written notice to Debtor's counsel, the Association and International Finance Bank may seek and require the tenant in the Units to pay rents directly to the Association or International Finance Bank.

###

**Submitted by:**

    Roshawn Banks
    Attorney for Debtor
    RBanks@thealllawcenter.com
    PO Box 25978
    Fort Lauderdale, FL 33320
    (954) 747-1843
    FBN: 156965

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Debtor

Attorney for Debtor
U.S. Trustee
Attorney for Creditor's Committee or
    if none, 20 largest unsecured creditors
All appearances