**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                          CASE NO: 21-20444-LMI
                                                                CHAPTER 11
SKY MEDIA PAY, INC,

      Debtor

_____/

**WELLS FARGO BANK, N.A.'S**
**RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM**

     Wells Fargo Bank, N.A. ("Secured Creditor"), by and through its undersigned counsel, files

this *Response to Debtor's Objection to Claim*, and in support thereof states as follows:

     1.     The Debtor filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code

on October 29, 2021.

     2.     Secured Creditor holds a security interest in the Debtor's real property located at

18911 Collins Ave Apt. 1405, Sunny Island Beach, FL 33160 (the "Property"), by virtue of a

Mortgage which is recorded in Official Records Book of Miami-Dade County, Florida (the

"Mortgage").  The Mortgage secures a Note in the amount of $515,082.82 (the "Note").

     3.     Secured Creditor filed Claim No. 2  in this case on November 10, 2021.

     4.     The Debtor filed an objection to said Claim (ECF No. 65).

     5.     The Debtor does not dispute the fact that the Proof of Claim is timely filed before the

claim bar date.  As such, Secured Creditor submits the filing of said claim "shall constitute prima

facie evidence of the validity and amount of the claim."  Fed. R. Bankr. P. 3001 (f).

     6.     Secured Creditor is reviewing its records with regard to the substance of the objection

and in the interim maintains that its Claim is correct as filed and requests a hearing on the objection.

     7.     Secured Creditor reserves the right to supplement this response at or prior to the

hearing.

8.    Secured Creditor seeks its attorneys' fees and costs incurred in responding to Debtor's

Objection and attending a hearing thereon.


BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: 813-342-2200
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

*/s/ Patrick Hruby*
PATRICK HRUBY, ESQUIRE
Florida Bar No. 0088657


**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S.

mail, first-class postage prepaid, to: Sky Media Pay, Inc, 18911 Collins Ave Apt. 1405, Sunny Isles

Beach, FL 33160; Roshawn Banks, POB 25978, Fort Lauderdale, FL 33320; Carol Lynn Fox, 200

East Broward Blvd Suite 1010, Fort Lauderdale, FL 33301; Office of the US Trustee, 51 S.W. 1st

Ave., Suite 1204, Miami, FL 33130, this 17th day of March, 2022.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: 813-342-2200
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

*/s/ Patrick Hruby*
PATRICK HRUBY, ESQUIRE
Florida Bar No. 0088657