| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sky Media Pay, Inc** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number: | 21-20444-LMI |

☐ Check if this is an amended filing

Official Form 425C
**Monthly Operating Report for Small Business Under Chapter 11**                                     5/17/22

| | | | |
|---|---|---|---|
| Month: | **April** | Date report filed: | **May 17, 2022** MM/DD/YYYY |
| Line of business: | **Advertising** | NAISC code: | **5418** |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                **Paola Angulo, Owner**
Original signature of responsible party    _[signature]_
Printed name of responsible party       **Paola Angulo**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☒ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☒ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☒ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☒ | ☐ |

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                                              $ 108,857.73
This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

| Debtor Name | Sky Media Pay, Inc | Case number | 21-20444-LMI |
|---|---|---|---|

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                                    $  21,549.00

| | |
|---|---|
| Rent Storages 8 ½ months (prepaid from April) | $10,300 |
| Advertising Client | $   684 |
| Rent Suite 4704 April 15 – May 15 | $7,900 |
| Advertising Client | $ 2,665 |

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

| | |
|---|---|
| Fortune International (Commission 4801/11) #1009 | $4,000 |
| The All Law Center #1010 | $20,000 |
| Sky Media Pay Transfer  (Tenant Deposits) #1012 | $27,800 |
| Fee Incoming Wire Transfer | $15 |
| Siegfried Rivera – Epic Condominium #1011 | $8,189.35 |
| Radio Station Almavision | $2,200 |

– $  61,404.35

22. **Net case flow**                                                                                            $ - 39,855.35
    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                                         = $ 69,002.38

     Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

### 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                                          $ 0
       (Exhibit E)

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F*

| Debtor Name | **Sky Media Pay, Inc** | Case number | 21-20444-LMI |
|---|---|---|---|

here.

| 25. | **Total receivables** *(Exhibit F)* | $ 0 |
|---|---|---|

### 5. Employees

| 26. | What was the number of employees when the case was filed? | $ 0 |
|---|---|---|
| 27. | What is the number of employees as of the date of this monthly report? | $ 0 |

### 6. Professional Fees

| 28. | How much have you paid this month in professional fees related to this bankruptcy case? | $ 20,000 |
|---|---|---|
| 29. | How much have you paid in professional fees related to this bankruptcy case since the case was filed? | $ 0 |

| Debtor Name | Sky Media Pay, Inc | Case number | 21-20444-LMI |
|---|---|---|---|

30. How much have you paid this month in other professional fees? $ 0

31. How much have you paid in total other professional fees since filing the case? $ 0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 37,681.00 | − | $ 21,549.00 | = | $ 16,132.00 |
| 33. **Cash disbursements** | $ 13,066 | − | $ 62,204.35 | = | $ -49,138.35 |
| 34. **Net cash flow** | $ 25,000 |  | $ -40,655.35 |  | $ -15,655.35 |

35. Total projected cash receipts for the next month: $ 27,000.00

36. Total projected cash disbursements for the next month: − $ 18,000.00

37. Total projected net cash flow for the next month: = $ 9,000.00

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☒ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.
☐ 42. Project, job costing, or work-in-progress reports.



# BankUnited

P.O. Box 521599   Miami, FL 33152-1599

Page 1 of 3

**Statement Date:** April 30, 2022
**Account Number:** ********9325

### Customer Service Information

 Client Care:   877-779-BANK (2265)

 Web Site:   www.bankunited.com

Bank Address:   BankUnited
P.O. Box 521599
Miami, FL 33152-1599

>002727 8722119 0001 008229 10Z
SKY MEDIA PAY, INC
DEBTOR-IN-POSSESSION
CASE # 21-20444-LMI
200 BISCAYNE BLVD WAY STE 4702
MIAMI FL 33131



### Customer Message Center

**Start enjoying the convenience of paperless statements.** Refer to the end of this statement to learn how you can enroll in eStatements today!

## DIP BUSINESS CHECKING Account ********9325

### Account Summary

| | | | |
|---|---|---|---|
| Statement Balance as of 03/31/2022 | | | $108,857.73 |
| Plus | 4 | Deposits and Other Credits | $21,549.00 |
| Less | 6 | Withdrawals, Checks, and Other Debits | $62,204.35 |
| Less | | Service Charge | $0.00 |
| Plus | | Interest Paid | $0.00 |
| Statement Balance as of 04/30/2022 | | | $68,202.38 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 04/01/2022 | CHECK #1009 | $4,000.00 | | $104,857.73 |
| 04/06/2022 | CHECK #1010 | $20,000.00 | | $84,857.73 |
| 04/11/2022 | Customer Deposit | | $10,300.00 | $95,157.73 |
| 04/11/2022 | Customer Deposit | | $684.00 | $95,841.73 |
| 04/11/2022 | CHECK #1012 | $27,800.00 | | $68,041.73 |
| 04/20/2022 | INCOMING DOM WIRE: JASON J KAH | | $7,900.00 | $75,941.73 |
| 04/20/2022 | INCOMING DOM WIRE FEE | $15.00 | | $75,926.73 |
| 04/20/2022 | CHECK #1011 | $8,189.35 | | $67,737.38 |
| 04/22/2022 | ALMA VISION MIAMI I  3059478979 FL 4318 | $2,200.00 | | $65,537.38 |

**BankUnited, N.A.**

Page 2 of 3

Statement Date: April 30, 2022
Account Number: *********9325

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 04/28/2022 | DDA RF#000001 ALMA VISIO Customer Deposit | | $2,665.00 | $68,202.3 |

## Check Transactions

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 1009 | 04/01 | $4,000.00 | 1011 | 04/20 | $8,189.35 |
| 1010 | 04/06 | $20,000.00 | 1012 | 04/11 | $27,800.00 |

Items denoted with an "*" indicate processed checks out of sequence.

## Balances by Date

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 03/31 | $108,857.73 | 04/06 | $84,857.73 | 04/20 | $67,737.38 | 04/28 | $68,202.38 |
| 04/01 | $104,857.73 | 04/11 | $68,041.73 | 04/22 | $65,537.38 | | |

## Other Balances

Minimum Balance this Statement Period $65,537.



Go green with paperless statements! Switch to free eStatements and enjoy: safety and security with reduced potential for mail fraud and identity theft; simplified record keeping; reduced clutter and environmental impact; and immediate access to your statements on the go. Enroll today—log in to your mobile banking, navigate to "additional services" under the Settings menu and toggle on "eStatements only" to activate your paperless statements!



**BankUnited**

P.O. Box 521599   Miami, FL 33152-1599

Page 3 of 3

Statement Date: April 30, 2022
Account Number: *******9325

**If your account does not balance please check the following carefully:**
Have you entered the amount of each check in your checkbook register?
Are the amounts of your deposits and other additions entered in your checkbook register the same as those on this statement?
Have you checked all additions and subtractions in your checkbook register?
Have you carried the correct balance forward when starting a new page in your checkbook register?

**IN CASE OF QUESTIONS OR ERRORS ABOUT YOUR STATEMENT:**
**PLEASE CALL (TOLL FREE) 1-877-779-BANK (2265) OR WRITE US AT:**

BankUnited Operations / EFT Error
7815 NW 148th ST, Miami Lakes, FL 33016

**For Consumer Customers Only**

Please contact us if you think your statement is wrong or if you need additional information about a transaction. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.
3. Tell us the dollar amount of the suspected error.
You may be required to put your request in writing. We will investigate your complaint and will correct any error promptly.

**For Electronic Funds Transfers,** if we take more than 10 business days to investigate and correct the error, (20 business days if you are a new customer for electronic funds transfers occurring during the first 30 days after the first deposit is made to your account), we will recredit your consumer account for the amount you think is in error (plus interest if your account earns interest), so that you will have the use of the money during the time it takes us to complete our investigation.

**For Substitute Checks,** if we take more than 10 business days to investigate and correct the error, we will recredit your consumer account for the amount of loss up to the lesser of $2,500.00 (plus interest if your account earns interest) or the amount of the substitute check. If your account is new (30 days from the date your account was established), has been subject to repeated overdrafts, or we believe the claim is fraudulent, we may delay the availability of recredited funds until we determine the claim is valid or until the 45th day after the claim was submitted.


EQUAL HOUSING LENDER


Member FDIC



# BankUnited

Page 1 of 3

P.O. Box 521599  Miami, FL 33152-1599

**Statement Date:** April 30, 2022
**Account Number:** ********7340

### Customer Service Information

>000700 8711519 0001 008229 10Z
SKY MEDIA PAY, INC
DEBTOR-IN-POSSESSION
CASE # 21-20444-LMI
200 BISCAYNE BLVD WAY STE 4702
MIAMI FL 33131

 Client Care:  877-779-BANK (2265)
 Web Site:  www.bankunited.com
Bank Address:  BankUnited
P.O. Box 521599
Miami, FL 33152-1599



### Customer Message Center

Start enjoying the convenience of paperless statements. Refer to the end of this statement to learn how you can enroll in eStatements today!

## DIP BUSINESS CHECKING Account ********7340

### Account Summary

| | | | |
|---|---|---|---|
| Statement Balance as of 04/08/2022 | | | $0.00 |
| Plus | 1 | Deposits and Other Credits | $27,800.00 |
| Less | 0 | Withdrawals, Checks, and Other Debits | $0.00 |
| Less | | Service Charge | $0.00 |
| Plus | | Interest Paid | $0.00 |
| Statement Balance as of 04/30/2022 | | | $27,800.00 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 04/11/2022 | Customer Deposit | | $27,800.00 | $27,800.00 |

### Balances by Date

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04/08 | $0.00 | 04/11 | $27,800.00 |

BankUnited, N.A.

Page 2 of 3

Statement Date: April 30, 2022
Account Number: ********7340

## Other Balances

Minimum Balance this Statement Period                                                                                          $0.00



Go green with paperless statements! Switch to free eStatements and enjoy: safety and security with reduced potential for mail fraud and identity theft; simplified record keeping; reduced clutter and environmental impact; and immediate access to your statements on the go. Enroll today--log in to your mobile banking, navigate to "additional services" under the Settings menu, and toggle on "eStatements only" to activate your paperless statements!

**BankUnited, N.A.**

# BankUnited

P.O. Box 521599  Miami, FL 33152-1599

Page 3 of 3

Statement Date: April 30, 2022
Account Number: ********7340

If your account does not balance please check the following carefully:
Have you entered the amount of each check in your checkbook register?
Are the amounts of your deposits and other additions entered in your checkbook register the same as those on this statement?
Have you checked all additions and subtractions in your checkbook register?
Have you carried the correct balance forward when starting a new page in your checkbook register?

**IN CASE OF QUESTIONS OR ERRORS ABOUT YOUR STATEMENT:**
**PLEASE CALL (TOLL FREE) 1-877-779-BANK (2265) OR WRITE US AT:**

BankUnited Operations / EFT Error
7815 NW 148th ST, Miami Lakes, FL 33016

**For Consumer Customers Only**
Please contact us if you think your statement is wrong or if you need additional information about a transaction. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.
3. Tell us the dollar amount of the suspected error.
You may be required to put your request in writing. We will investigate your complaint and will correct any error promptly.

**For Electronic Funds Transfers,** if we take more than 10 business days to investigate and correct the error, (20 business days if you are a new customer for electronic funds transfers occurring during the first 30 days after the first deposit is made to your account), we will recredit your consumer account for the amount you think is in error (plus interest if your account earns interest), so that you will have the use of the money during the time it takes us to complete our investigation.

**For Substitute Checks,** if we take more than 10 business days to investigate and correct the error, we will recredit your consumer account for the amount of loss up to the lesser of $2,500.00 (plus interest if your account earns interest) or the amount of the substitute check. If your account is new (30 days from the date your account was established), has been subject to repeated overdrafts, or we believe the claim is fraudulent, we may delay the availability of recredited funds until we determine the claim is valid or until the 45th day after the claim was submitted.




EQUAL HOUSING LENDER


Member FDIC

BankUnited, N.A.

00700 8711519 001401 002801 0002/0002