UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re

Sky Media Pay, Inc

                                  CHAPTER    11
                                  CASE NO.   21-20444-LMI

       Debtor

_____/

**MOTION TO CONVERT CASE TO CHAPTER 7 FILED
BY SWIFT FINANCIAL, LLC AS SERVICING AGENT FOR WEBBANK**

      SWIFT FINANCIAL, LLC AS SERVICING AGENT FOR WEBBANK ("Creditor"), pursuant to 11 U.S.C. § 1112(b) of the Bankruptcy Code, hereby moves this Court to convert the Chapter 11 subchapter V case to Chapter 7 as the Debtor is in default under the confirmed Plan of Reorganization for Small Business Under Chapter 11, and states:

      1.      Debtors filed a voluntary petition under Chapter 11, subchapter V, of the Bankruptcy Code on October 29, 2021.

      2.      On June 8, 2022, the Court entered an Order Confirming Debtor's Subchapter V Plan for Reorganization (Doc. No. 145).

      3.      International Finance Bank has filed a Motion to Reopen the Closed Chapter 11 (Doc. No. 162) and Creditor has filed a Notice of Joinder in same. A hearing has been scheduled for January 10, 2024 on same.

      4.      The Debtor is in default under the terms of the under the confirmed Plan of Reorganization for Small Business Under Chapter 11 by failing to make the payments due September 1, 2023 (4 payment default). Consequently, conversion is appropriate under 11 U.S.C. § 1112(b)(4)(A), (E) and (N).

      5.      Dismissal and conversion are governed by 11 U.S.C. § 1112(b) which provides in relevant part:

> (1) Except as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.

(2)The court may not convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter if the court finds and specifically identifies unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate, and the debtor or any other party in interest establishes that—

    (A)there is a reasonable likelihood that a plan will be confirmed within the timeframes established in sections 1121(e) and 1129(e) of this title, or if such sections do not apply, within a reasonable period of time; and

    (B)the grounds for converting or dismissing the case include an act or omission of the debtor other than under paragraph (4)(A)—

        (i)for which there exists a reasonable justification for the act or omission; and

        (ii)that will be cured within a reasonable period of time fixed by the court...

(4)For purposes of this subsection, the term "cause" includes—

    (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation;...

    (E) failure to comply with an order of the court;...

    (N) material default by the debtor with respect to a confirmed plan; **(Portions Omitted**)

6.    The Debtor has failed to comply with the Order Confirming Plan and failed to make payments under the confirmed plan.

WHEREFORE, Creditor requests that the Court enter an order converting the case to Chapter 7 to allow a Trustee to review and liquidate assets for the benefit of Creditors and for such other relief as appropriate.

### Certification as to Admission to the Southern District Bar

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax:   (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on December 27, 2023, by U.S. Mail and/or electronic mail via CM/ECF to: Sky Media Pay, Inc, 200 Biscayne Blvd. Way Unit 4801, Miami, FL 33131; Roshawn Banks POB 25978, Ft. Lauderdale, FL 33320; Carol Fox 200 East Broward Blvd Suite 1010, Ft Lauderdale, FL 33301; Office of the United States Trustee 51 Southwest First Avenue, Suite 1204, Miami, FL 33130.

                                              /s/ Nicole Mariani Noel
                                              Nicole Mariani Noel

2324345/nmn