UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:
SKY MEDIA PAY INC.  Case Number: 2120444 LMI
Chapter 11, SubChapter V

## EX-PARTE MOTION TO AUTHORIZE DEBTOR TO SELL REAL PROPERTY

Comes now Counsel for the Debtor requesting this Court to allow Debtor to Sell property of the estate pursuant to 11 USC 363(b), Bankruptcy Rule 6004 and in support states,

1. Debtor filed for chapter 11, sub-chapter V bankruptcy relief on October 29, 2021.

2. Debtor included 4 residential properties in Schedule B of the petition, as follows;
   200 Biscayne Boulevard Way, Suite 4801, Miami FL 33131
   200 Biscayne Boulevard Way, Suite 4811, Miami FL 33131
   200 Biscayne Boulevard Way, Suite 4704, Miami FL 33131
   200 Biscayne Boulevard Way, Suite 4712, Miami FL 33131

3. The Debtor is operating its business and managing its assets as a debtor in possession pursuant to 11 U.S.C. §§ 1108.

4. Debtor was approved to retain Fortune International Realty to either sell or lease any or all of the above listed properties on December 29, 2021 at DE44.

5. The unit at 200 Biscayne Boulevard Way, Suite 4811, Miami, FL 33131 has an "as is" contract, cash purchase offer of $715,000 with a closing date of September 30, 2024.

6. The sale amount covers all liens on the property, including,
   International Finance Bank, Proof of Claim 8, $566,380.00 (does not include updated payoff).

    Epic West Condominium Association, Proof of Claim 13,
    $59,530.76 (does not include updated payoff).

7. The Creditor for this real property has obtained relief rom the automatic stay on April 26, 2024 at DE 194, as such, there is already a foreclosure sale set for October 28, 2024.

8. The secured Creditors have been aware of the sale since the contract date, September 10, 2024, Epic West Condominium Association has submitted it's payoff, International Finance Bank will soon update their June 2024 payoff.

9. While the property is no longer part of the estate, the underwriter for closing has requested a court order to sell.

10. Funds remaining after all encumbrances are fully paid, including the real estate commissions and closing costs will be applied to fund the Debtor's plan, which has 4 months remaining.

**WHEREFORE**, Debtor requests this Court grant its Motion to Sell 200 Biscayne Boulevard Way, Suite 4811, Miami, FL 33131.

      ___/s/Roshawn Banks___
      Roshawn Banks, Esq.
      Attorney for Debtor
      RBanks@TheAllLawCenter.com
      FBN: 156965
      PO Box 25978
      Fort Lauderdale, Fl 33320
      (954) 747-1843