

## ORDERED in the Southern District of Florida on September 27, 2024.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

|  |  |
|---|---|
| IN RE: | Case No. 21-20444 LMI |
| SKY MEDIA PAY, INC. | Chapter 11, Subchapter V |
| _____Debtor_____/ | |

### ORDER GRANTING DEBTOR'S MOTION TO SELL PROPERTY OF THE ESTATE (ECF NO. 199)

THIS CAUSE came before the Court, without hearing, upon the Debtor's Ex-parte Motion to Sell Property of the Estate (ECF 199) and the Court having reviewed the Motion, it is therefore,

**ORDERED** that the Debtor's Motion is GRANTED as follows:

1. The Debtor, through its authorized representative, may sell Property of the Estate specifically, the unit at 200 Biscayne Blvd. Way, Unit 4811, Miami, FL 33130 (the "Unit"), having a legal description as follows:

   Condominium Unit 4811, of EPIC WEST CONDOMINIUM, a Condominium, together with an undivided 0.2708% interest in the common elements appurtenant thereto, according to the Declaration of Condominium thereof, as recorded in Official Records Book 26683, at Page 3040, as amended from time to time, of the Public Records of Miami-Dade County, Florida.

2. Secured Creditors, International Finance Bank and Epic West Condominium Association, Inc. ("Epic West") must be paid in full at the time of closing of the sale of the Unit.

3. The sale proceeds must be used for the payment in full of both International Finance Bank, Proof of Claim 8 and Epic West, Proof of Claim 13, with respect to the Unit and the amounts in the Proof of Claim filed by each Creditor.

4. Proceeds remaining after the disbursements to secured creditors, International Finance Bank and Epic West Condominium Association, as well as any customary and ordinary closing costs shall be deposited into the trust account belonging to Debtor's Attorney, Roshawn Banks, who will then administer all remaining plan payments to the remaining creditors in the confirmed plan.

5. Any and all real estate commissions and closing costs will be paid from the proceeds of the sale and shall not affect the amount of the disbursements set forth above and shall not be the responsibility of the bankruptcy estate.

6. The fourteen (14) day stay period under Fed. R. Bank. P. 6004(h) is waived so that the parties can comply with any scheduled closing date.

7. The provisions of this Order shall be binding on the Debtor, all creditors, the Purchaser and all parties holding a claim against the Debtor, or a lien, claim or interest in the Property, regardless of whether they have appeared in this case.

###

**Submitted by:**

Roshawn Banks
Attorney for Debtor
RBanks@thealllawcenter.com
PO Box 25978
Fort Lauderdale, FL 33320
(954) 747-1843
FBN: 156965

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Debtor
Attorney for Debtor
U.S. Trustee
Attorney for Creditor's Committee or
    if none, 20 largest unsecured creditors
All appearances